RECEIVED
MAY -2 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARSHALL DEWAYNE WILLIAMS,<br>Petitioner | CIVIL ACTION NO. 1:19-CV-20-P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 15), and after a de novo review of the record including the objection filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the § 2241 Petition is hereby DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 2nd day of _____MAY_____, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE

RECEIVED
MAY - 2 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **LILLIE ELDRIDGE** | **CIVIL ACTION NO.: 1:18-cv-1534** |
| **VERSUS** | **JUDGE: DEE D. DRELL** |
| **SENTRY SELECT INSURANCE COMPANY, BILLY DEWAYNE BARRETT, FREER TRUCKING, INC., DANIEL ELDRIDGE & LIBERTY MUTUAL FIRE INSURANCE COMPANY** | **MAGISTRATE: JOSEPH H.L. PEREZ-MONTES** |

*********************************************************************************************

## PARTIAL JUDGMENT OF DISMISSAL

IT IS ORDERED, ADJUDGED AND DECREED that all claims, demands, and causes of action of plaintiffs, Irma Eldridge, Barbara Harrison, Melvin Eldridge, Edward Eldridge, Daniel Eldridge (solely in his capacity as heir/survivor of Lillie Eldridge) and Leon Eldridge, III, said parties having been substituted as parties plaintiff by the Court's Order of March 25, 2019 (Document #21), as against defendants, Sentry Select Insurance Company, Billy Dewayne Barrett and Freer Trucking, Inc., herein be and are hereby dismissed with full prejudice to the rights of plaintiffs as against these defendants. All rights of Daniel Eldridge to pursue his individual claims for bodily/personal injury damages against defendants, Sentry Select Insurance Company, Billy Dewayne Barrett and Freer Trucking, Inc., are hereby reserved.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party is to bear its own court costs.

Signed this 2ND day of MAY, 2019 at ALEXANDRIA, Louisiana.

_____
JUDGE

RECEIVED
MAY - 2 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:18-CR-00221-05 |
| VERSUS | JUDGE DRELL |
| REASHONDA ANQUANETTE FOSTER (05) | MAGISTRATE JUDGE PEREZ-MONTES |

### MINUTE ENTRY

A hearing in accordance with Fed R. Crim. P. 11 is set to begin at **3:00 p.m.** on **June 21, 2019** in Alexandria, Louisiana.

THUS DONE in Alexandria, on this 2ND day of May, 2019.

Dee D. Drell
United States District Judge